1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   thomas.kerr@hro.com
5

6  Attorneys for Plaintiffs
   CAPITOL RECORDS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; BMG MUSIC; and
8  FONOVISA, INC.

9

10                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12

13 | CAPITOL RECORDS, INC., a Delaware        | CASE NO. C-06-7212-JSW
   | corporation; SONY BMG MUSIC
14 | ENTERTAINMENT, a Delaware general        | Honorable Jeffrey S. White
   | partnership; ARISTA RECORDS LLC, a                                    VACATE
15 | Delaware limited liability company; BMG  | *EX PARTE* APPLICATION TO ~~CONTINUE~~
   | MUSIC, a New York general partnership; and | CASE MANAGEMENT CONFERENCE
16 | FONOVISA, INC., a California corporation, | AND ~~[PROPOSED]~~ ORDER
17 |                              Plaintiffs, | AND ORDER REFERRING MOTION FOR
18 | v.                                        | DEFAULT JUDGMENT TO RANDOMLY
                                               | ASSIGNED MAGISTRATE JUDGE FOR
19 |                                           | REPORT AND RECOMMENDATION
20 | RODRIGO BARRERA,
   |                              Defendant.
21

22
23
24
25
26
27
28

*EX PARTE* APPLICATION
Case No. C-06-7212-JSW
#28601 v1

1 | Plaintiffs hereby request that the Court continue the case management conference currently set for April 13, 2007, at 1:30 p.m. to July 13, 2007. Defendant was served with the summons and complaint on December 6, 2006. Defendant has not answered or otherwise responded to the complaint. Accordingly, on January 17, 2007, the clerk of this Court entered the default of Defendant. Accordingly, along with this *ex parte* application, Plaintiffs have filed a motion for default judgment by the Court. A case management conference is therefore not necessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for April 13, 2007, at 1:30 p.m. to July 13, 2007.

Dated: March 6, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____/s/ Thomas Kerr_____
Thomas M. Kerr
Attorney for Plaintiffs

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for April 13, 2007, at 1:30 p.m. is hereby ~~continued to July 13, 2007.~~ VACATED. The Court also HEREBY REFERS the motion for default judgment to a randomly assigned Magistrate Judge pursuant to N. D. Civ. L.R. 72-1.

Dated: _____

March 7, 2007

By: _____/s/ Jeffrey S. White_____
Honorable Jeffrey S. White
United States District Judge

cc: Wings Hom

---

*EX PARTE* APPLICATION
Case No. C-06-7212-JSW
#28601 v1

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 6, 2007, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

>Rodrigo Barrera
>1067 Sonoma Glen Circle
>Glen Ellen, CA 95442

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2007 at San Francisco, California.

*/s/ Molly Morris*
Molly Morris