**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RODRIGO BARRERA,<br><br>　　　　Defendant.<br>_____/ | No. C 06-07212 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation re Plaintiffs' Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. A separate judgment shall issue, and the Clerk is directed to close the file.[1]

**IT IS SO ORDERED.**

Dated: April 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Magistrate Judge Chen afforded Plaintiffs one week after the issuance of the Report and Recommendations to submit additional evidence regarding the scope of their proposed injunction. Plaintiffs chose not to submit this evidence. (*See* Report and Recommendation at 10.) Accordingly, the scope of the injunction shall be limited as set forth in Magistrate Judge Chen's Report.